IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KEVIN ANTHONY BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV419-288 |
| ) | |
| THE STATE OF GEORGIA, ) | |
| KEVIN T. OLIVER, SWAT TEAM, ) | |
| U.S. MARSHALL, K-9 UNIT, DRUG ) | |
| TASK FORCE, and SPD, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### O R D E R

Before the Court is the Magistrate Judge's April 9, 2021, Report and Recommendation (Doc. 8), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint (Doc. 1) is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 3RD day of June 2021.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA