AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KEVIN ANTHONY BENNETT,

Plaintiff,

v.

THE STATE OF GEORGIA, et. al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 419-288

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 3, 2021 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, Plaintiff's Complaint is hereby dismissed. This case stands closed.

06/04/2021
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*Jamie Sabalza*
(By) Deputy Clerk

GAS Rev 10/2020